1  JEFFREY W. KRAMER (SBN 71547)
   Email: jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:   (310) 201-4746

6  Attorneys for Plaintiffs
   Broadcast Music, Inc.; Stone Diamond Music Corp.;
7  Sony/ATV Songs LLC d/b/a Sony ATV Tree
   Publishing; EMI Virgin Songs, Inc.; MJ Twelve
8  Music; Welsh Witch Music; Moebetoblem Music;
   E.O. Smith Music
9

10             UNITED STATES DISTRICT COURT

11            EASTERN DISTRICT OF CALIFORNIA

12                  FRESNO DIVISION

13  BROADCAST MUSIC, INC.; STONE           Case No.  CV F 12-1903 JLT
    DIAMOND MUSIC CORP.; SONY/ATV
14  SONGS LLC D/B/A SONY ATV TREE          SEPARATE STATEMENT OF
    PUBLISHING; EMI VIRGIN SONGS,          UNDISPUTED FACTS
15  INC.; MJ TWELVE MUSIC; WELSH
    WITCH MUSIC; MOEBETOBLEM               Date:    November 19, 2013
16  MUSIC; E.O. SMITH MUSIC,               Time:    9:30 a.m.
                                           Ctrm:    Bakersfield Courtroom
17             Plaintiffs,                 Hon. Jennifer L. Thurston

18        v.                               Complaint Filed:   November 19, 2012
                                           Trial Date:        April 1, 2014
19  ANGELA MARIE CRAWFORD,
    individually and d/b/a MCMURPHY'S
20  IRISH PUB,

21             Defendants.

22

23

24

25

26

27

28

TroyGould
PC
                                           SEPARATE STATEMENT OF UNDISPUTED FACTS
03202-0020  251237.1

## SEPARATE STATEMENT OF UNCONYTROVERTED MATERIAL FACTS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 260 of the Eastern District, plaintiffs Broadcast Music, Inc., Stone Diamond Music Corp., Sony/ATV Songs LLC d/b/a Sony ATV Tree Publishing, EMI Virgin Songs, Inc.; MJ Twelve Music, Welsh Witch Music; Moebetoblem Music, andE.O. Smith Musicsubmit this Separate Statement Of Undisputed Facts in support of their motion for summary judgment against Defendants Angela Marie Crawford d/b/a McMurphy's Irish Pub ("Defendants").

| UNCONTROVERTED MATERIAL FACTS: | SUPPORTING EVIDENCE: |
| --- | --- |
| 1.  Stone Diamond Music Corp., Sony/ATV Songs LLC d/b/a Sony ATV Tree Publishing, EMI Virgin Songs, Inc., MJ Twelve Music, Welsh Witch Music, Moebetoblem Music, and E.O. Smith Music are the copyright owners of various compositions which are the subject of this lawsuit. | 1.  Declaration of Hope M. Lloyd, Assistant Vice President, Legal ("Lloyd Declaration"), ¶ 3, 4. |
| 2.  BMI operates as a non profit-making performing rights organization, and distributes all of the money it collects in license fees from music users − licensees such as the restaurants, hotels and nightclubs − as royalties to its affiliated publishers and composers, after the deduction of operating expenses and reasonable reserves. | 2.  Lloyd Declaration, ¶ 3. |
| 3.  BMI acquires non-exclusive public performance rights through agreements with | 3.  Lloyd Declaration ¶ 2. |

SEPARATE STATEMENT OF UNDISPUTED FACTS

**TroyGould PC**

03202-0020  251237.1

| UNCONTROVERTED MATERIAL FACTS: | SUPPORTING EVIDENCE: |
|---|---|
| copyright owners such as music publishing companies and independent composers. | |
| 4.  BMI has acquired such non-exclusive public performance rights from each of the other plaintiffs in this action. | 4.  Lloyd Declaration , ¶ 5, Exh. A. |
| 5.  BMI has thus acquired the rights to perform the following songs at issue in this action: Ain't Too Proud to Beg, Crazy, Everlong, Landslide, Breaking the Girl, and Keep Fishin'. | 5.  Lloyd Declaration , ¶ 5, Exhs. A, B. |
| 6.  BMI grants the right to publicly perform any of the works in BMI's repertoire to music users such as broadcasters and the owners and operators of concert halls, restaurants, nightclubs and hotels, by means of "blanket license agreements." | 6.  Lloyd Declaration, ¶ 2. |
| 7.  On May 26, 2013 and July 7, 2013 Angela Marie Crawford, owned and operated McMurphy's Irish Pub located at 14 Monterey Street, Bakersfield, California (the "Establishment" or "McMurphy's Irish Pub"), and had the right and ability to control the activities of the Establishment. | 7.  Crawford's Responses to BMI's First Set of Requests for Admission, attached as Exh. B to Declaration of AnnMarie Mori ("Mori Declaration") ("Crawford RFA Responses"), at Nos. 1, 2, 7 and 8; Crawford's Responses to BMI's First Set of Special Interrogatories, attached as Exh. |

| UNCONTROVERTED MATERIAL FACTS: | SUPPORTING EVIDENCE: |
|---|---|
|  | D to the Mori Declaration ("Crawford Interrogatory Responses") at Nos. 1-3. |
| 8.   Defendant Angela Marie Crawford admits that on May 26, 2013 and July 7, 2013 she had a direct financial interest in McMurphy's Irish Pub. | 8.  Crawford RFA Responses, at No. 4; Crawford's Interrogatory Responses at Nos. 1-3. |
| 9.   McMurphy's Irish Pub regularly features performances of live and recorded music. | 9.  Crawford's Interrogatory Responses at Nos. 10, 11, 13, and 14. |
| 10. Defendant Angela Marie Crawford admits that on May 26, 2012 McMurphy's Irish Pub was open to the public. | 10. Crawford RFA Responses, at No. 5. |
| 11. Defendant Angela Marie Crawford admits that on July 7, 2012 McMurphy's Irish Pub was open to the public. | 11. Crawford RFA Responses, at No. 11. |
| 12. Defendant Angela Marie Crawford admits that on May 26, 2012 she had the right and ability to supervise the persons employed by McMurphy's Irish Pub. | 12. Crawford RFA Responses, No. 3. |
| 13. Defendant Angela Marie Crawford admits that on July 7, 2012 she had the right and ability to supervise the persons employed by McMurphy's Irish Pub. | 13. Crawford RFA Responses, No. 9. |
| 14. Between November 2011 and September | 14. Declaration of Lawrence E. |

TroyGould
PC

3

03202-0020 251237.1

| UNCONTROVERTED MATERIAL FACTS: | SUPPORTING EVIDENCE: |
|---|---|
| 2012, BMI repeatedly offered to license the public performance of musical compositions at McMurphy's Irish Pub and notified Defendants repeatedly by letters and telephone calls that the performance of musical compositions in which BMI owns the public performance rights, without a license, infringed BMI's rights under the Copyright laws. | Stevens ("Stevens Declaration"), ¶¶ 3, 5, 6, 8 and 14, Exh. B. |
| 15. On February 20, 2012, BMI instructed the Defendant to cease public performances of music licensed by BMI. | 15. Stevens Declaration, ¶ 6, Exh. B; Crawford Interrogatory Responses, at No. 5. |
| 16. Public performances of BMI-licensed music continued at McMurphy's Irish Pub and performances of songs owned owned by the other plaintiffs were chronicled by a BMI investigator on May 26, 2012 and July 7, 2012. | 16. Stevens Declaration, ¶¶ 10-13, Exh. A. |
| 17. Specifically, BMI's investigator generated an audio recording and a written report of the songs played at McMurphy's Irish Pub on May 26, 2013 and July 7, 2013, which includes the songs that are the subject of this infringement action. | 17. Stevens Declaration, ¶ 10, Exh. A. |
| 18. Defendants continued to publicly perform | 18. Stevens Declaration, ¶¶ 10-17, |

**TroyGould PC**

4

03202-0020 251237.1

| UNCONTROVERTED MATERIAL FACTS: | SUPPORTING EVIDENCE: |
|---|---|
| copyrighted music without permission after being instructed to cease. | Exhs. A, B. |
| 19. Crawford personally signed for the Cease and Desist letter.  Nevertheless she continues to play BMI-licensed music at McMurphy's Irish Pub. | 19. Stevens Declaration, ¶¶ 6, 16; Exhs. A, B. |
| 20. A BMI representative telephoned McMurphy's Irish Pub on twenty-two (22) occasions, and on a number of those occasions, spoke to persons associated with the establishment's operation, including four (4) phone calls with Crawford.  On January 29, 2012, Defendant Crawford told the BMI representative to sue her and stop calling. | 20. Stevens Declaration, ¶ 8. |
| 21. The Defendants never took a BMI license. | 21. Stevens Declaration, ¶ 9. |
| 22. Defendant Angela Marie Crawford admits she currently has no evidence to dispute the elements of originality, proper registration and proprietary interest. | 22. Crawford RFA Responses, at Nos. 19-24, 26, 28, 30. |
| 23. The cost of an annual licensing fee for McMurphy's Irish Pub is approximately $1,750.00 | 23. Stevens Decl. ¶ 17. |
| 24. Plaintiffs have incurred $11,561.90 in costs and fees, and seek recovery of the same. | 24. Mori Declaration at ¶¶ 6-13. |

1  Dated:  October 14, 2013        JEFFREY W. KRAMER
                                    ANNMARIE MORI
2                                   TROYGOULD PC

3

4                                   By: _____

5                                        AnnMarie Mori
                                    Attorneys for Plaintiffs
6                                   Broadcast Music, Inc.; Stone Diamond
                                    Music Corp.; Sony/ATV Songs LLC d/b/a
7                                   Sony ATV Tree Publishing; EMI Virgin
                                    Songs, Inc.; MJ Twelve Music; Welsh
8                                   Witch Music; Moebetoblem Music; E.O.
                                    Smith Music

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TroyGould
PC**
                                         6
                               SEPARATE STATEMENT OF UNDISPUTED FACTS

03202-0020 251237.1