JEFFREY W. KRAMER (SBN 71547)
Email: jkramer@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Plaintiffs
Broadcast Music, Inc.; Stone Diamond Music Corp.;
Sony/ATV Songs LLC d/b/a Sony ATV Tree
Publishing; EMI Virgin Songs, Inc.; MJ Twelve
Music; Welsh Witch Music; Moebetoblem Music;
E.O. Smith Music

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; STONE DIAMOND MUSIC CORP.; SONY/ATV SONGS LLC D/B/A SONY ATV TREE PUBLISHING; EMI VIRGIN SONGS, INC.; MJ TWELVE MUSIC; WELSH WITCH MUSIC; MOEBETOBLEM MUSIC; E.O. SMITH MUSIC,<br><br>Plaintiffs,<br>v.<br><br>ANGELA MARIE CRAWFORD, individually and d/b/a MCMURPHY'S IRISH PUB,<br><br>Defendants. | Case No. CV F 12-1903 JLT<br><br>DECLARATION OF HOPE M. LLOYD IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Date:   November 19, 2013<br>Time:   9:30 a.m.<br>Ctrm:   Bakersfield Courtroom<br>Hon. Jennifer L. Thurston<br><br>Complaint Filed:   November 19, 2012<br>Trial Date:   April 1, 2014 |

**TroyGould PC**

DECLARATION OF HOPE M. LLOYD

03202-0020 250326.2

# DECLARATION OF HOPE M. LLOYD

I, Hope M. Lloyd, state the following, of which I have personal knowledge:

1. I am Assistant Vice President, Legal of Plaintiff Broadcast Music, Inc. ("BMI"). I am familiar with the facts and circumstances in this matter as well as BMI's structure and operation. This Declaration is submitted in support of Plaintiffs' Motion for Summary Judgment.

2. Through agreements with copyright owners such as music publishing companies and composers, BMI acquires non-exclusive public performance rights. BMI has acquired such rights from each of the other Plaintiffs in this action. BMI, in turn, grants to music users such as broadcasters and the owners and operators of concert halls, restaurants, nightclubs and hotels, the right to publicly perform any of the works in BMI's repertoire by means of "blanket license agreements."

3. BMI operates as a non-profit making music performing rights organization. It distributes all of its income, after deducting operating expenses and reasonable reserves, to its affiliated songwriters and music publishers, which include the other Plaintiffs in this action.

4. The Complaint in this action alleges multiple claims of copyright infringement of certain musical compositions licensed by BMI, the copyrights of which are owned by the other Plaintiffs, arising out of unauthorized public performances of those musical works. Each of the musical compositions listed on line 2 of the Schedule of Plaintiffs' Complaint was registered with the Copyright Office on the date listed on line 5. A registration certificate bearing the number listed on line 6 was issued by the Copyright Office to the Plaintiff listed on line 4 or a predecessor in interest. A true and correct copy of the Schedule attached to Plaintiffs' Complaint for Copyright Infringement is attached hereto as **Exhibit A**. Copies of the certificated and subsequent documentation relating to the chain of ownership of the musical compositions are attached hereto as **Exhibit B**. This

1  documentation consists of copies of official Copyright Office records and copies of
2  documentation made and kept in the ordinary course of Plaintiffs' business.

3     5.   On or before the date listed on line 7 of the Schedule, BMI had been
4  granted, by the other Plaintiffs, the right to publicly perform these compositions and
5  to issue public performance license agreements to music users.  These licenses
6  permit music users to perform any of the over 7.5 million musical compositions in
7  the BMI repertoire.  In addition, BMI has been granted by the other Plaintiffs the
8  right to maintain actions for infringement of the public performance rights in their
9  musical compositions and to seek damages for such infringement.

10    Pursuant 28 U.S.C. §1746, I declare under penalty of perjury, that the
11  foregoing is true and correct.

12    Executed this 2nd day of October, 2013, at New York, New York.

_____
Hope M. Lloyd

**TroyGould PC**

2

DECLARATION OF HOPE M. LLOYD

03202-0020 250326.2

# EXHIBIT A

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Ain't Too Proud To Beg |
| Line 3 | Writer(s) | Eddie Holland, Norman Whitfield |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 5/9/66 |
| Line 6 | Registration No(s). | Ep 216556 |
| Line 7 | Date(s) of Infringement | 7/7/12 |
| Line 8 | Place of Infringement | McMurphy's Irish Pub |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 2 | |
| Line 2 | Musical Composition | Crazy | |
| Line 3 | Writer(s) | Willie Nelson | |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing | |
| Line 5 | Date(s) of Registration | 3/6/89 | 10/16/61 |
| Line 6 | Registration No(s). | RE 422-869 | Ep 156698 |
| Line 7 | Date(s) of Infringement | 7/7/12 | |
| Line 8 | Place of Infringement | McMurphy's Irish Pub | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Everlong |
| Line 3 | Writer(s) | David Grohl |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc.; David Eric Grohl, an individual d/b/a MJ Twelve Music |
| Line 5 | Date(s) of Registration | 7/24/97    12/2/98 |
| Line 6 | Registration No(s). | PA 875-688    PA 913-991 |
| Line 7 | Date(s) of Infringement | 7/7/12 |
| Line 8 | Place of Infringement | McMurphy's Irish Pub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Landslide |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 6/30/75 |
| Line 6 | Registration No(s). | Eu 593046 |
| Line 7 | Date(s) of Infringement | 7/7/12 |
| Line 8 | Place of Infringement | McMurphy's Irish Pub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Breaking The Girl |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/6/92 |
| Line 6 | Registration No(s). | PA 568-699 |
| Line 7 | Date(s) of Infringement | 5/26/12 |
| Line 8 | Place of Infringement | McMurphy's Irish Pub |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 6 | |
| Line 2 | Musical Composition | Keep Fishin' | |
| Line 3 | Writer(s) | Rivers Cuomo | |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual d/b/a E. O. Smith Music | |
| Line 5 | Date(s) of Registration | 6/6/02 | 4/4/02 |
| Line 6 | Registration No(s). | PA 1-092-084 | PAu 2-646-813 |
| Line 7 | Date(s) of Infringement | 7/7/12 | |
| Line 8 | Place of Infringement | McMurphy's Irish Pub | |