UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANGELA MARIE CRAWFORD, individually and d/b/a McMURPHY'S IRISH PUB,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-01903 - JLT<br><br>ORDER DIRECTING THE PARTIES TO FILE FURTHER EVIDENCE, AUTHORIZING DEFENDANT TO FILE SUPPLEMENTAL BRIEFING, AND CONTINUING THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO DECEMBER 5, 2013 |

　　　　Plaintiff Broadcast Music, Inc. ("BMI"), seeks summary judgment against Defendant Angela Marie Crawford, individually and doing business as McMurphy's Irish Pub. Defendant opposed the motion and, in large part, asserts that because BMI failed to disclose Hope M. Lloyd in its initial disclosures pursuant to Rule 26(a)(1), she declaration filed in support of the motion, should be stricken pursuant to Rule 37(e) of the Federal Rules of Civil Procedure. (Doc. 27 at 2). BMI contends this error was inadvertent and harmless, and provided copies of the Request for Admission propounded to Defendant in support of this assertion. However, the parties have not provided either the initial disclosures or Defendant's responses to the Requests for Admission. Likewise, Defendants have not been permitted to address Plaintiff's contentions related to the Rule 37 issues.

　　　　Based upon the foregoing, the Court **ORDERS**:

　　　　1.　　The parties **SHALL** file their initial disclosures and Defendant's responses to the Requests for Admission no later than **November 15, 2013**;

2. Defendant **may** file a brief, not to exceed seven pages, that **only** addresses Plaintiff's arguments regarding the Rule 37 issues as they relate to the failure to disclose Ms. Lloyd and the propriety of sanctions. The brief, if any, SHALL be filed no later than **November 20, 2013**;

3. The hearing on Plaintiff's motion for summary judgment is **CONTINUED** to **December 5, 2013**, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 14, 2013**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE