UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) | Case No.: 1:12-cv-01903 - JLT |
| Plaintiffs, ) ) | ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW THEIR MOTION FOR SUMMARY JUDGMENT |
| v. ) | |
| ANGELA MARIE CRAWFORD, individually ) and d/b/a McMURPHY'S IRISH PUB, ) | (Doc. 22) |
| Defendant. ) | |

On December 5, 2013, at the hearing on Plaintiffs' motion for summary judgment, Plaintiffs requested the Court allow them to withdraw the motion and re-file it at a later date. Defendant voiced no objection to this request. Therefore, the Court **ORDERS**:

1. Plaintiffs' request to withdraw their motion for summary judgment (Doc. 22), is **GRANTED**;

2. No later than **December 13, 2013**, Plaintiffs will amend and/or supplement their initial disclosures required by Fed. R. Civ. P. 26(a)(1), (e)(1) and provide it to Defendant's counsel via e-mail;

///

///

///

1

3.	Defendant will be allowed to propound written discovery[1] as to any amendment or supplementation made by Plaintiffs of their initial disclosures no later than **December 27, 2013**. Plaintiffs will respond to the written discovery no later than **January 17, 2014**;

4.	Either party may file a dispositive motion no later than **February 7, 2014**[2] and a hearing will be held, as necessary, no later than **March 7, 2014**;

5.	All other pending dates are **VACATED**.

IT IS SO ORDERED.

Dated:   **December 6, 2013**                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In the event Defendant wishes to conduct other discovery related to this amendment/supplementation, the parties can agree to this other discovery informally or, if necessary, Defendant can seek a telephonic conference with the Court to discuss this issue.

[2] Plaintiffs are reminded that the Court will not again permit them to withdraw and then to refile a dispositive motion.