UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANGELA MARIE CRAWFORD, individually and d/b/a McMURPHY'S IRISH PUB,<br><br>  Defendant. | Case No.: 1:12-cv-01903 - JLT<br><br>ORDER DIRECTING THE PARTIES TO FILE SUPPLEMENTAL BRIEIFING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>ORDER VACATING THE HEARING DATE OF MARCH 7, 2014 |

    Plaintiff Broadcast Music, Inc. ("BMI") seeks summary judgment against Angela Marie Crawford, individually and doing business as McMurphy's Irish Pub ("Defendant"). (Doc. 35.) BMI asserts Defendant is liable for copyright infringement for the public performance, without a license, of the songs "Ain't Too Proud to Beg," "Crazy," "Everlong," "Landslide," "Breaking the Girl," and "Keep Fishin,'" at McMurphy's Irish Pub. Defendant has presented evidence that each of the songs identified by BMI may be purchased on a digital jukebox that is licensed by the Jukebox Licensing Organization. (Doc. 38, SUF 30-31.) In addition, Defendant reported under penalty of perjury that she believes the "jukebox is licensed with BMI, ASCAP, and SESAC." (Doc. 39-4, ¶ 13.)

    Because the songs identified by BMI appear to be covered by a license, the Court requires further briefing to determine whether a copyright violation occurred. The parties **SHALL** file supplemental briefs addressing whether a jukebox license for the venue covers the songs *only* when

played by the jukebox, or applies also when the same songs are played publicly at the venue through another means, such as a computer.  The supplemental briefs shall be **no more than 5 pages in length**, and must be filed no later than **March 13, 2014**.

In light of the fact that supplemental briefing is necessary, the hearing date of March 7, 2014 is **VACACTED.**  Once the supplemental briefing is received, the Court will determine whether oral argument is needed.

IT IS SO ORDERED.

Dated: **March 6, 2014**                     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE